# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 16, 2008

Charles R. Fulbruge III
Clerk

No. 08-30057

JAMES JOHNSON

Plaintiff-Appellant

v.

JE MERIT CONSTRUCTORS, INC.

Defendant-Appellee

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3: 05-CV-00908

Before JONES, Chief Judge, JOLLY, Circuit Judge, and MONTALVO,[*] District Judge.

PER CURIAM:[**]

This court, having carefully reviewed the parties' briefs and pertinent portions of the record in light of the parties' oral arguments, concludes there is no plain or reversible error in the magistrate judge's analysis, which was adopted by the district court. We therefore AFFIRM the judgment of the district court.

AFFIRMED.

---

[*] District Judge of the Western District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.